Gregory M. Saylin, #9648
Camila V. Moreno #16709
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
gmsaylin@hollandhart.com
cvmoreno@hollandhart.com

*Attorneys for Defendant USANA Health Sciences, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| ARIIX, LLC<br><br>  Plaintiffs,<br><br>vs.<br><br>USANA HEALTH SCIENCES, INC.,<br><br>  Defendant. | **STIPULATED MOTION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>Civil No. 2:22-cv-00313-JNP-DAO<br><br>Judge Jill N. Parrish.<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ariix, LLC ("Plaintiff") and Defendant USANA Health Sciences, Inc., ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and jointly move the Court for an order dismissing Plaintiff's Complaint and any and all claims made therein with prejudice and in their entirety, with each party to bear its own attorney's fees, costs, and expenses incurred relative to this action. A proposed Order is submitted herewith.

Dated:  October 11, 2023                HOLLAND & HART, LLP

                                        */s/ Gregory M. Saylin*
                                        Gregory M. Saylin

                                Camila V. Moreno

                                *Attorneys for Defendant USANA Health Sciences, Inc.*

Dated: October 11, 2023                BONA LAW PC

                                */s/ Luke Hasskamp (with permission)*
                                Luke Hasskamp

                                *Attorney for Plaintiff Ariix, LLC*