IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARIIX, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>USANA HEALTH SCIENCES, INC.,<br><br>  Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:22-cv-00313-JNP-DAO<br><br>District Judge Jill N. Parrish |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and good cause appearing, the parties' Stipulated Motion to Dismiss Complaint with Prejudice, ECF No. 72, is hereby GRANTED. Plaintiff's claims are dismissed with prejudice, with each party to bear their own costs and fees.

DATED October 16, 2023.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge